**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 30, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00765-CV

---

## PHONOSCOPE ENTERPRISE GROUP, LLC, Appellant

### V.

## PLW FIBER NETWORK, INC. PS LIGHTWAVE, INC. AND GRAIN MANAGEMENT LLC, Appellees

---

### On Appeal from the 157th District Court
### Harris County, Texas
### Trial Court Cause No. 2022-36725

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 24, 2023. On January 3, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.